FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA LOUISE S.,[1] | |
| Plaintiff, | No. 1:24-CV-03028-SAB |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER GRANTING STIPULATED MOTION FOR REMAND** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion For Remand, ECF No. 7. Plaintiff is represented by D. James Tree. Defendant is represented by L. Jamala Edwards and Brian Donovan.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion For Remand, ECF No. 7, is **GRANTED**.

2. The decision of the Commissioner is reversed and remanded. On remand,

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

the Appeals Council will instruct an Administrative Law Judge (ALJ) to offer Plaintiff the opportunity for a new hearing, instruct the ALJ to re-evaluate the evidence of record, and issue a new decision.

3.  The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

4.  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 30th day of April 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2